UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE: **Ashley & Lawanda Morgan**,   *   CASE NO: 09-28908
                                      *   CHAPTER 13
           Debtors.                   *

*   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION TO DIRECT TRUSTEE TO TURNOVER FUNDS TO DEBTORS' ATTORNEY

NOW COME the Debtors, through their under-signed counsel, and state:

1. The Debtors filed for Relief under Chapter 13 of the Bankruptcy Code, and subsequently converted to Chapter 7.

2. The Trustee is holding $1,800 of the Debtors' funds. The Debtors desire that these funds be paid directly to their attorney in payment of the balance of fees due under their retainer agreement.

**WHEREFORE**, the Debtors respectfully request that the Trustee be directed to turnover $1,800.00 in funds held in this case to their attorney.

Respectfully submitted,

March 23, 2010

/s/ Jeffrey M Sirody
Jeffrey M. Sirody, Bar No. 11715
1777 Reisterstown Road, Suite 360
Baltimore, MD  21208
(410) 415-0445
Counsel for the Debtor

/s/ Ashley S. Morgan
Ashley S. Morgan


/s/ Lawanda N. Morgan
Lawanda N. Morgan

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2010, a copy of the foregoing *Motion to Direct Trustee to Turnover Funds to Debtors' Atto*rney was delivered by electronic means to:

Case Trustee
US Trustee

/s/ Jeffrey M Sirody
Jeffrey M. Sirody, Bar No. 11715